UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESLEY CARROLL,

    Plaintiff,

vs.

PENNSYLVANIA JUDICIAL, et al.,

    Defendants.

No. C 09-5430 PJH (PR)

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE**

This pro se civil rights action was filed on November 17, 2009. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP"). A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

On November 30, 2009, plaintiff filed an application to proceed IFP, but it is not on the court's form, despite one having been provided him with the notice of deficiency. It does not contain all the information required by the form, most notably the "Certificate of Funds in Inmate Account," page five of the form, and also does not have attached a printout of transactions in plaintiff's prison account required by 28 U.S.C. § 1915(a)(2). Leave to proceed IFP (document 3) is **DENIED**. Because plaintiff has been denied leave to proceed IFP and has not paid the filing fee, this case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 11, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.09\CARROLL5430.DSM-IFP.wpd