UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESLEY CARROLL,

        Plaintiff,

  vs.

PENNSYLVANIA JUDICIAL, et al.,

        Defendants.

                                      /

No. C 09-5430 PJH (PR)

**ORDER DENYING PETITION FOR RECONSIDERATION EN BANC**

        This pro se civil rights action was filed on November 17, 2009.  On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis ("IFP").  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

        On November 30, 2009, plaintiff filed an application to proceed IFP, but it was not on the court's form, despite one having been provided him with the notice of deficiency.  It did not contain all the information required by the form, most notably the "Certificate of Funds in Inmate Account," page five of the form, and also did not have attached a printout of transactions in plaintiff's prison account as required by statute.  *See* 28 U.S.C. § 1915(a)(2).  In consequence, on February 11, 2010, the case was dismissed for failure to pay the filing fee or provide a proper IFP application.

        Plaintiff filed a notice of appeal and a petition for en banc reconsideration on March 8, 2010.  The Ninth Circuit Court of Appeals has entered an order holding the appeal in abeyance pending a ruling on the motion.

1    The motion goes only to the merits of plaintiff's claims, and does not even address
2 the basis for the dismissal, namely failure to pay the filing fee or file a proper IFP
3 application.  The motion (document number 6 on the docket) is **DENIED**.  The clerk shall
4 forward a copy of this order to the court of appeals.
5    **IT IS SO ORDERED.**
6 Dated: May 4, 2010.

                  PHYLLIS J. HAMILTON
                  United States District Judge

28 P:\PRO-SE\PJH\CR.09\CARROLL5430.RECON.wpd